UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD KAUFMAN,

      Plaintiff,

vs.

CORIZON HEALTH, INC., et al.,

      Defendants.

_____/

Civil Action No.
12-CV-10162

HON. MARK A. GOLDSMITH

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION and DISMISSING DEFENDANT STEVEN DOLINSKI WITHOUT PREJUDICE

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Charles E. Binder, issued on October 31, 2012. The Magistrate Judge recommends that Defendant Steven Dolinski be dismissed from the case without prejudice. Plaintiff has not filed an objection to the R&R and the time to do so has expired. Therefore, Plaintiff has waived any further right to contest the Magistrate Judge's ruling. See Thomas v. Arn, 474 U.S. 140, 155 (1985). In any event, the Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result for the correct reason. Accordingly, the R&R is accepted and adopted as the findings and conclusions of the Court and Steven Dolinski is dismissed from the case without prejudice.

      SO ORDERED.


Dated: November 16, 2012              s/Mark A. Goldsmith
      Flint, Michigan                   MARK A. GOLDSMITH
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 16, 2012.

                                                      s/Deborah J. Goltz
                                                     DEBORAH J. GOLTZ
                                                     Case Manager